# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DONNIE NEGREANU, individually and on behalf of all those similarly situated,

          Plaintiff,

v.

STARBUCKS CORPORATION, a Washington Corporation,

          Defendant.

Case No.: 8:22-cv-02421-CEH-SPF

## NOTICE OF RELATED ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action:

_____ IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:    N/A

__X__ IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

Dated October 25th, 2022

          s/Bogdan Enica
          Bogdan, Enica
          PRACTUS, LLP
          FL Bar No.: 101934
          66 West Flagler St., Ste. 937
          Miami, FL 33130
          Telephone: (305) 539-9206
          Email: Bogdan.Enica@practus.com