# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DONNIE NEGREANU, individually and on behalf of all those similarly situated,

          Plaintiff,

v.

STARBUCKS CORPORATION, a Washington Corporation,

          Defendant.

Case No.: 8:22-cv-02421-CEH-SPF

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 3.03 and Fed. R. Civ. P. 7.1, counsel for Plaintiff Donnie Negreanu state as follows:

1. The name of each person — including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity — that has or might have an interest in the outcome:

    - Donnie Negreanu (Plaintiff)

    - Bogdan Enica, Esq. (attorney for Plaintiff)

    - Keith L. Gibson, Esq. . (attorney for Plaintiff)

    - Practus LLP . (attorney for Plaintiff)

    - Starbucks Corporation (Defendant)

2. The name of each entity with publicly traded shares or debt potentially affected by the outcome:

- Starbucks Corporation (Defendant)

3. The name of each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:

- Unknown

4. The name of each person arguably eligible for restitution.

- Unknown

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated October 25th, 2022

s/Bogdan Enica
Bogdan, Enica
PRACTUS, LLP
FL Bar No.: 101934
66 West Flagler St., Ste. 937
Miami, FL 33130
Telephone: (305) 539-9206
Email: Bogdan.Enica@practus.com

Keith L. Gibson (*pro hac vice* forthcoming)
IL Bar No.: 6237159
490 Pennsylvania Avenue Suite 1
Glen Ellyn, IL 60137
Telephone: (630) 677-6745
Email: Keith.Gibson@practus.com

*Counsel for Plaintiff and the Putative Class*
