## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| DONNIE NEGREANU, individually and on behalf of all those similarly situated, | Case No.: 8:22-cv-02421-CEH-SPF |
| Plaintiff, | |
| v. | |
| STARBUCKS CORPORATION, a Washington Corporation, | |
| Defendant. | |

## NOTICE OF LEAD COUNSEL DESIGNATION

Pursuant to Local Rule 2.02(a) and this Court's notice filed on October 24, 2022, as ECF#6, the Plaintiff hereby designates Bogdan Enica, Esq. of Practus LLP as lead counsel in the above-styled action.

Dated October 27th, 2022

                                                s/Bogdan Enica
Bogdan, Enica
PRACTUS, LLP
FL Bar No.: 101934
66 West Flagler St., Ste. 937
Miami, FL 33130
Telephone: (305) 539-9206
Email: Bogdan.Enica@practus.com

Keith L. Gibson (*pro hac vice* forthcoming)
IL Bar No.: 6237159
490 Pennsylvania Avenue Suite 1
Glen Ellyn, IL 60137
Telephone: (630) 677-6745
Email: Keith.Gibson@practus.com

*Counsel for Plaintiff and the Putative Class*

## Certificate of service

I hereby certify that on October 27, 2022, I have caused this document to be electronically filed the with the Clerk of Court using the CM/ECF system, which sends notification of such filing to all counsel of record.

Dated: October 27, 2022

/s/ Bogdan Enica
Bogdan Enica, Esq.
