UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| DONNIE NEGREANU, individually and on behalf of all those similarly situated, | Case No.: 8:22-cv-02421-CEH-SPF |
| Plaintiff, | |
| v. | |
| STARBUCKS CORPORATION, a Washington Corporation, | |
| Defendant. | |

**Motion for Special Admission**

I, Keith L. Gibson, Esq., moves for special admission to represent DONNIE NEGREANU and all those similarly situated in this action.

I am neither a Florida resident nor a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States District Court; specifically, U.S. District Court for the Northern District of Illinois.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

1. *Loomis v. Suncoast CU*, Circuit Court of the Thirteenth Judicial Circuit, No. 19-CA-8511, Hillsborough County, Florida.

2. *Collier v. iThink Financial CU*, U.S.District Court - Southern District of Florida, No. 9:20-cv-80430.

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

1

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

Dated: November 3, 2022

/s/ Keith L. Gibson
Keith L. Gibson
IL Bar No.: 6237159
490 Pennsylvania Avenue, Suite 1
Glen Ellyn, IL 60137
Telephone: (630) 677-6745
Email: Keith.Gibson@practus.com

**Local Rule 3.01(g) Certification**

We have conferred with the opposing party and represent the opposing party does not oppose my special admission.

/s/ Keith L. Gibson
Keith L. Gibson

## Certificate of service

I hereby certify that on November 3, 2022, I have caused this document to be electronically filed the with the Clerk of Court using the CM/ECF system, which sends notification of such filing to all counsel of record.

Dated: November 3, 2022

/s/ Bogdan Enica
Bogdan Enica, Esq.
