United States District Court
Middle District of Florida
Tampa Division

DONNIE NEGREANU, individually
and on behalf of all those similarly
situated,

      Plaintiff,

v.       No. 8:22-CV-02421-CEH-SPF

STARBUCKS CORPORATION, a
Washington Corporation,

      Defendant.

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.03, Defendant Starbucks Corporation ("Starbucks") hereby states as follows:

(1) Each person – including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity – that has or might have an interest in the outcome:

- Donnie Negreanu, Plaintiff;
- Bogdan Enica, Esq. (counsel for Plaintiff);
- Keith L. Gibson, Esq. (counsel for Plaintiff);
- Practus LLP (counsel for Plaintiff);

- Starbucks Corporation (Defendant).  Starbucks has no parent corporation.  Starbucks is a publicly-traded company and no publicly-held corporation owns 10% or more of its stock.

(2) The name of every other entity with publicly-traded shares or debt potentially affected by the outcome:

> None.

(3) Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

> None.

(4) The name of each person arguably eligible for restitution:

- Plaintiff alleges that Starbucks violated Title III of the Americans with Disabilities Act and the Florida Civil Rights Act, and further purports to seek "damages" for "unjust enrichment/restitution."

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: November 15, 2022

/s/ Kevin Young

Kevin Young
FL Bar No.: 114151
SEYFARTH SHAW LLP
1075 Peachtree Street, NE
Atlanta, GA 30309
Tel.: (404) 885-1500
kyoung@seyfarth.com

Minh N. Vu (*Pro hac vice* forthcoming)
SEYFARTH SHAW LLP
975 F St NW
Washington, DC 20004
Tel.: (202) 828-5337
mvu@seyfarth.com

Michael E. Steinberg (*Pro hac vice* forthcoming)
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 1200
Boston, MA 02210
Tel.: (617) 946-8316
msteinberg@seyfarth.com

*Attorneys for Starbucks Corporation*

## **Certificate of Service**

    I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to any persons indicated as non-registered participants on November 15, 2022.

*/s/ Kevin Young*
Kevin Young