United States District Court
Middle District of Florida
Tampa Division

DONNIE NEGREANU, individually
and on behalf of all those similarly
situated,

       Plaintiff,

v.                                           No. 8:22-cv-02421-CEH-SPF

STARBUCKS CORPORATION, a
Washington Corporation,

       Defendant.

---

## **UNOPPOSED MOTION FOR SPECIAL ADMISSION**

Michael E. Steinberg, Esq., moves for special admission to represent Defendant, Starbucks Corporation, in this action.

I am neither a Florida resident nor a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, the United States District Court for the District of Massachusetts.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

None.

I will comply with the federal rules and this Court's local rules.

1

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

<u>s/Michael E. Steinberg</u>
Michael E. Steinberg
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 1200
Boston, MA 02210
Tel.: (617) 946-8316
msteinberg@seyfarth.com

Dated: November 15, 2022

## Local Rule 3.01(g) Certification

I have conferred with the opposing party and represent the opposing party unopposed to my special admission.

*s/Michael E. Steinberg*
Michael E. Steinberg

Dated: November 15, 2022

## **Certificate of Service**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to any persons indicated as non-registered participants on November 15, 2022.

*s/Kevin Young*
Kevin Young
