## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

DONNIE NEGREANU, ON BEHALF
OF HIMSELF AND ALL THOSE
SIMILARLY SITUATED,

    Plaintiffs,

v.                                          Case No. 8:22-CV-02421

STARBUCKS CORPORATION,

    Defendants.

_____

### Uniform Case Management Report

The goal of this case management report is to "secure the just, speedy, and inexpensive determination of" the action. *See* Fed. R. Civ. P. 1. Under Local Rule 3.02(a)(2), this case management report should be used in all civil cases except those described in Local Rule 3.02(d). Individual judges may have additional case management preferences that can be found under each judge's name on the Court's website, flmd.uscourts.gov/judges/all.

1. **Date and Attendees**

   > The parties may conduct the planning conference "in person, by telephone, or by comparable means[.]" *See* Local Rule 3.02(a)(1).

   The parties conducted the planning conference telephonically on December 14, 2022 and again on December 27, 2022.  . Bogdan Enica attorney for the Plaintiff and Minh Vu and Michael Steinberg, attorneys for Defendant attended the December 14, 2022 conference.  Keith Gibson, Bogdan Enica and Minh Vu attended the December 27, 2022  conference.

2. **Deadlines and Dates**

   Defendant's statement: "Defendant has filed a Motion to Dismiss the Complaint in its entirety, with prejudice and without leave to amend.  *See* ECF No. 18. Accordingly, Defendant will be filing a Motion to  Stay discovery pending this Court's resolution of that motion on or before December 29, 2022."

If the Court denies that request, the parties request these deadlines and dates:

| Action or Event | Date |
|---|---|
| Deadline for providing mandatory initial disclosures. *See* Fed. R. Civ. P. 26(a)(1). | 1/31/2023 |
| Deadline for moving to join a party, *see* Fed. R. Civ. P. 14, 19, and 20, or amend the pleadings, *see* Fed. R. Civ. P. 15(a). | 6/2/2023 |
| Plaintiff's deadline for disclosing any expert report. *See* Fed. R. Civ. P. 26(a)(2). | 11/3/2023 |
| Defendant's deadline for disclosing any expert report. | 11/3/2023 |
| Deadline for disclosing any rebuttal expert report. | 12/18/2023 |
| Deadline for completing discovery and filing any motion to compel discovery. *See* Fed. R. Civ. P. 37; *Middle District Discovery* (2021). | 1/31/2024 |
| Deadline for moving for class certification, if applicable. *See* Fed. R. Civ. P. 23(c). | 3/15/2024 |
| Deadline for filing any dispositive and *Daubert* motion. *See* Fed. R. Civ. P. 56. (Must be at least five months before requested trial date.) | 3/15/2024 |
| Deadline for participating in mediation. *See* Local Rules, ch. 4.<br>Enter mediator's name, address, and phone number. | 9/15/2023 |
| Date of the final pretrial meeting. *See* Local Rule 3.06(a). | 5/1/2024 |
| Deadline for filing the joint final pretrial statement, any motion in limine, proposed jury instructions, and verdict form. *See* Local Rule 3.06(b). (Must be at least seven days before the final pretrial conference.) | 5/21/2024 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); Local Rule 3.06(b). | 6/1/2024 |
| Month and year of the trial term. | 7/15/2024 |

The trial will last approximately 5 days and be

☒ jury.

☐ non-jury.

3. **Description of the Action**

   **IN THIS ACTION PLAINTIFFS ALLEGE THAT THE $0.70 SURCHARGE FOR NON-DIARY MILK BEVERAGES IMPOSED BY STARBUCKS VIOLATED THE A.D.A. AND UNJUSTLY ENRICHED STARBUCKS. PLAINTIFF FURTHER ALLEGES THAT IMPOSING A SURCHARGE ON NON-DIARY MILK VIOLATES FLORIDA LAW. DEFENDANT STARBUCKS DENIES THAT ITS PRICING FOR BEVERAGES MADE WITH NON-DAIRY MILKS IS A PROHIBITED SURCHARGE UNDER THE ADA. FURTHERMORE, 28 C.F.R. SECTION 36.307 AND RELEVANT JUDICIAL PRECEDENTS ESTABLISH THAT THE ADA DOES NOT REQUIRE STARBUCKS TO OFFER ANY BEVERAGES WITH NON-DAIRY MILKS AND DOES NOT DICTATE THEIR PRICES.**

4. **Disclosure Statement**

   ☒ The parties have filed their disclosure statement as required by Federal Rule of Civil Procedure 7.1 and Local Rule 3.03.

5. **Related Action**

   ☒ The parties acknowledge their continuing duty under Local Rule 1.07(c) to notify the judge of a related action pending in the Middle District or elsewhere by filing a "Notice of a Related Action." No notice need be filed if there are no related actions as defined by the rule.

6. **Consent to a Magistrate Judge**

   "A United States magistrate judge in the Middle District can exercise the maximum authority and perform any duty permitted by the Constitution and other laws of the United States." Local Rule 1.02(a). With the parties' consent, a district judge can refer any civil matter to a magistrate judge for any or all proceedings, including a non-jury or jury trial. 28 U.S.C. § 636(c).

   The Court asks the parties and counsel to consider the benefits to the parties and the Court of consenting to proceed before a magistrate judge. Consent can provide the parties certainty and flexibility in scheduling. Consent is voluntary, and a party for any reason can decide not to consent and continue before the district judge without adverse consequences. *See* Fed. R. Civ. P. 73(b)(2).

90618601v.1

☐ The parties do consent and file with this case management report a completed Form AO 85 "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge," which is available on the Court's website under "Forms."

☒ The parties do not consent.

7. **Preliminary Pretrial Conference**

☒ Plaintiff does not request a preliminary pretrial conference before the Court enters a scheduling order. Plaintiff believes that a hearing on the Motion to Stay should be separatelly scheduled after the motion is fully briefed.

Defendant requests that the Court not enter this scheduling order or hold a preliminary pretrial conference until after it has conducted a hearing on Defendant's Motion to Stay proceedings (to be filed on or before December 29, 2022) which, if granted, would eliminate the need for a conference and/or the entry of this order.

8. **Discovery Practice**

> The parties should read the Middle District Discovery Handbook, available on the Court's website at flmd.uscourts.gov/civil-discovery-handbook, to understand discovery practice in this District.

☒ The parties confirm they will comply with their duty to confer with the opposing party in a good faith effort to resolve any discovery dispute before filing a motion. *See* Local Rule 3.01(g); *Middle District Discovery* (2021) at § I.A.2.

9. **Discovery Plan**

The parties submit the following discovery plan under Rule 26(f)(2):

A. The parties agree to the timing, form, or requirement for disclosures under Rule 26(a):

   ☒ Yes.
   ☐ No; instead, the parties agree to these changes: enter changes.

B. Discovery may be needed on these subjects: Disclosures and discovery shall pertain to all aspects of the litigation, including, without limitation, to liability, damages and class certification.

90618601v.1

C.   Discovery should be conducted in phases:

☒ No.
☐ Yes; describe the suggested phases.

D.   Are there issues about disclosure, discovery, or preservation of electronically stored information?

☒ No. Each party has taken steps to preserve ESI that might be relevant to this litigation. The Parties agree to preserve and not to destroy or modify ESI that can be reasonably anticipated to be relevant to this litigation.
☐ Yes;

E.   ☒ The parties have considered privilege and work-product issues, including whether to ask the Court to include any agreement in an order under Federal Rule of Evidence 502(d).

F.   The parties stipulate to changes to the limitations on discovery imposed under the Federal Rules of Civil Procedure and Local Rule 3.04 or other limitations:

☒ No.
☐ Yes; describe the stipulation.

## 10. Request for Special Handling

☒ The parties do not request special handling.

☐ The parties request special handling. Specifically, describe requested special handling.

☐ Enter party's name unilaterally requests special handling. Specifically, describe requested special handling.

## 11. Certification of familiarity with the Local Rules

☒ The parties certify that they have read and are familiar with the Court's Local Rules.

## 12. Signatures

s/ Bogdan Enica

Bogdan Enica, Esq.
counsel for Donnie Negreanu
12/27/2022

s/ Minh N. Vu

Minh N. Vu, Esq
counsel for Starbucks Corporation
12/27/2022

s/Keith L. Gibson

Keith L. Gibson Esq
counsel for Donnie Negreanu
12/27/2022

s/ Michael E. Steinberg

Michael E. Steinberg, Esq.
counsel for Starbucks Corporation
12/27/2022

6

90618601v.1