UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONNIE NEGREANU, individually
and on behalf of all those similarly
situated,

                    Plaintiff,

v.

STARBUCKS CORPORATION, a
Washington Corporation,

                    Defendant.
_____

Case No.: 8:22-cv-02421-CEH-SPF

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE HIS RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

    Plaintiff, Donnie Negreanu, by and through his attorneys, Keith L. Gibson and Bogdan Enica, brings this Unopposed Motion for Extension of Time to File His Response to Defendant's Motion to Dismiss, and in support states as follows:

    1.    This action is brought as a class action pursuant to the Americans with Disabilities Act, Florida Civil Rights Act and common law for alleged discrimination in the charging of a surcharge for non-dairy milk alternatives sold by Defendant.

    2.    Plaintiff's Complaint was filed on October 21, 2022.  (Dkt. 1).

    3.    A waiver of service was returned executed and filed on November 4, 2022. (Dkt. 13).

    4.    On December 21, 2022, Defendant filed its Motion to Dismiss and Memorandum in Support.  (Dkt. 18).

5.  Pursuant to Local Rule 3.01(c), Plaintiff's response to Defendant's Motion to Dismiss is due January 10, 2023.

6.  Plaintiff's counsel has been diligent in working on the preparation of a Response Memorandum but requires additional time, until January 27, 2023, to complete the response.

7.  District courts have broad discretion when managing their cases in order to ensure that the cases move to a timely and orderly conclusion. *Chrysler Int'l Corp. v. Chemaly, 280 F.3d 1358*, 1360 (11th Cir. 2002).

8.  This request is not made for the purpose of unnecessary delay and there will be no prejudice to Defendant if the Court grants Plaintiff's request for an extension.

9.  Plaintiff's counsel, Keith L. Gibson, conferred by email with Defendant's counsel, Minh N. Vu, on January 6, 2023. Defendant's counsel indicated Defendant does not oppose Plaintiff's motion for extension of time.

WHEREFORE, Plaintiff, Donnie Negreanu, hereby requests this Court grant his Unopposed Motion for Extension of Time and allow Plaintiff until January 27, 2023, to file his Response Memorandum in Opposition to Defendant's Motion to Dismiss and whatever other relief this Court deems appropriate.

/

/

/

Dated: January 9, 2023    Respectfully Submitted,

/s/Keith L. Gibson
Keith L. Gibson, Esq. (Admitted *Pro Hac Vice*)
490 Pennsylvania Avenue, Suite 1
Glen Ellyn IL 60137
Telephone: (630) 677-6745
Email: keith@keithgibsonlaw.com

Bogdan, Enica, Esq.
FL Bar No.: 101934
66 West Flagler St., Ste. 937
Miami, FL 33130
Telephone: (305) 539-9206
Email: Bogdan.Enica@practus.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2023, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel and parties of record in this case.

January 9, 2023

            /s/Keith L. Gibson
            Keith L. Gibson, Esq.