# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DONNIE NEGREANU, individually
and on behalf of all those similarly
situated,

                Plaintiff,

v.

STARBUCKS CORPORATION, a
Washington corporation

                Defendant.

Case No.: 8:22-cv-02421-CEH-SPF

_____

## NOTICE OF SCHEDULED MEDIATION

Pursuant to this Court's Case Management Order, parties are hereby notifying the Court that this case has been scheduled for mediation to be held before Kay L. Wolf of Kay L. Wolf Mediation Services, LLC, for Tuesday, September 12, 2023, starting at 10:00 AM.

Dated: February 27th, 2023.

                Respectfully Submitted,

                s/Bogdan Enica
                Bogdan, Enica
                FL Bar No.: 101934
                66 West Flagler St., Ste. 937
                Miami, FL 33130
                Telephone: (305) 539-9206
                Email: Bogdan.Enica@practus.com

Keith L. Gibson (*admitted pro hac vice*)
IL Bar No.: 6237159
490 Pennsylvania Avenue, Suite 1
Glen Ellyn, IL 60137
Telephone: (630) 677-6745
Email: keith@keithgibsonlaw.com

*Counsel for Plaintiff and the Putative Class*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 27th day of February 2023, I have caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system which sends notification of such filing to all counsel of record.

s/*Bogdan Enica*
Bogdan Enica, Esq.
