UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

DONNIE NEGREANU, individually
and on behalf of all those similarly
situated,

Case No.: 8:22-CV-02421-CEH-SPF

Plaintiff,

v.

STARBUCKS CORPORATION, a
Washington Corporation,

Defendant.
_____

**MOTION FOR LEAVE
TO FILE FIRST AMENDED COMPLAINT**

Plaintiff, DONNIE NEGREANU ("Negreanu" or "Plaintiff") by and through his undersigned counsel hereby files this Motion for Leave to File his First Amended Complaint and in support thereof states the following:

**INTRODUCTION**

The initial Complaint in this case was filed on October 21, 2022

No Answer was filed to date and the Court is still considering Defendant's Motion to Dismiss (ECF#18)

The Court entered a Case Management and Scheduling Order [ECF #26] on February 13, 2023, allowing for Motions to add parties and or to amend pleadings to be filed on or before May 3, 2023.

1

No other amendment was previously filed by Plaintiff.

The Amended Complaint would add one new named Plaintiff to this litigation and bring one additional cause of action under California law.

The Amended Complaint is hereto attached to this Motion as Exhibit "A."

## ARGUMENT AND MEMORANDUM OF LAW

Rule 15(a)(2) of the Federal Rules of Civil Procedure states that: "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). See also *Sosa v. Airprint Systems, Inc.*, 133 F.3d 1417 (11th Cir.1998).

The Supreme Court has broadly interpreted Rule 15(a), holding that: In the absence of any apparent or declared reason -- such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments, previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc. -- the leave sought should, as the rule requires, be "freely given." *Foman v. Davis,* 371 U.S. 178, 182 (1962); *see also Rosen v. TRW, Inc.* 979 F. 2d 191, 194 (11th Cir 1992).

This is the law in the Eleventh Circuit, as well See also, *Burger King Corp. v. Weaver,* 169 F.3d 1310, 1319 (11th Cir. 1999) (internal citations omitted); *Espey v. Wainwright,* 734 F.2d 748, 750 (11th Cir. 1984) (quoting *Dussouy v. Gulf Coast Inv. Corp.*, 660 F.2d 594, 557 (5th Cir. 1981)).

In this case, Plaintiff's Motion is made in good faith, it is timely, and does not create any undue prejudice to the opposing party since no answer was filed in this action. Therefore, leave to amend should be given freely. *See Hargett v. Valley Fed. Sav. Bank,* 60 F.3d 754, 761 (11th Cir. 1995).

Also, the amendment would not be futile. An amendment would be futile if the amended complaint would not withstand a motion to dismiss and is clearly insufficient and frivolous on its face. This is not the case here.

### RULE 3.01(G) CERTIFICATION

Counsel for Plaintiff conferred by email and phone with counsel for Defendant, in a good faith effort to resolve the issues raised by this Motion. Defendant opposes the relief requested in this motion.

### CONCLUSION

For the reasons stated herein, Plaintiff respectfully requests that this Court grants his Motion to Amend the Complaint and allow leave to file the First Amended Complaint.

Dated: May 1st, 2023.

        Respectfully submitted,

        s/Bogdan Enica
        Bogdan, Enica
        FL Bar No.: 101934
        66 West Flagler St., Ste. 937
        Miami, FL 33130
        Telephone: (305) 539-9206
        Email: Bogdan@keithgibsonlaw.com

>Keith L. Gibson (admitted *pro hac vice*)
>IL Bar No.: 6237159
>490 Pennsylvania Avenue Suite 1
>Glen Ellyn, IL 60137
>Telephone: (630) 677-6745
>Email: Keith@keithgibsonlaw.com
>
>*Counsel for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 1st day of May 2023, I have caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system which sends notification of such filing to all counsel of record.

s/ <i>Bogdan Enica</i><br>
Bogdan Enica, Esq.