United States District Court
Middle District of Florida
Tampa Division

DONNIE NEGREANU, individually
and on behalf of all those similarly
situated,
      Plaintiff,

v.                                      No. 8:22-cv-02421-CEH-SPF

STARBUCKS CORPORATION, a
Washington Corporation,

      Defendant.

## DEFENDANT'S ASSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO AMEND COMPLAINT

Defendant, Starbucks Corporation ("Starbucks"), respectfully moves, with Plaintiff's assent, for a two-week extension of time to file its opposition to Plaintiff's Motion to Amend the Complaint, through and including May 30, 2023. (Dkt. 28.) As grounds for this motion, Starbucks states as follows:

    1.    On May 1, 2023, Plaintiff moved for leave to amend the Class Action Complaint in this matter. The proposed amendment seeks to add a California resident as a putative named plaintiff and class representative asserting a claim under California law on behalf of himself and a proposed sub-class of California consumers. (Dkt. 28 at 2; Dkt. 28-1.)

    2.    As Starbucks counsel indicated to Plaintiff's counsel in the parties' pre-motion conferral, Plaintiff's attempt to join a non-resident plaintiff to assert

claims under California law in this action would be futile because this Court lacks personal jurisdiction as to such claims. Additionally, both for the reasons stated in Starbucks Motion to Dismiss (Dkt. 18) and for reasons particular to the proposed new claim under California law, amendment would be futile because the proposed Amended Complaint fails to state claims for which relief can be granted. These threshold issues, including issues related to the Court's exercise of personal jurisdiction over the claims of the proposed new non-resident named plaintiff, will require fulsome briefing to ensure a proper presentation for the Court.

     3.    Starbucks counsel conferred with Plaintiff's counsel regarding the extension requested in this motion, and Plaintiff's counsel assented to the extension.

     For the reasons stated herein, Starbucks respectfully requests that this Court grant the within motion.

94705965v.1

Minh N. Vu (*Pro hac vice*)
SEYFARTH SHAW LLP
975 F St NW
Washington, DC 20004
Tel.: (202) 828-5337
mvu@seyfarth.com

Michael E. Steinberg (*Pro hac vice*)
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 1200
Boston, MA 02210
Tel.: (617) 946-8316
msteinberg@seyfarth.com

Kevin Young
FL Bar No.: 114151
SEYFARTH SHAW LLP
1075 Peachtree Street, NE
Atlanta, GA 30309
Tel.: (404) 885-1500
kyoung@seyfarth.com

3

Dated: May 8, 2023

/s/ Michael E. Steinberg

Minh N. Vu (*Pro hac vice*)
SEYFARTH SHAW LLP
975 F St NW
Washington, DC 20004
Tel.: (202) 828-5337
mvu@seyfarth.com

Michael E. Steinberg (*Pro hac vice*)
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 1200
Boston, MA 02210
Tel.: (617) 946-8316
msteinberg@seyfarth.com

Kevin Young
FL Bar No.: 114151
SEYFARTH SHAW LLP
1075 Peachtree Street, NE
Atlanta, GA 30309
Tel.: (404) 885-1500
kyoung@seyfarth.com

1

2

## Certificate of Service

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to any persons indicated as non-registered participants on December 28, 2022.

                                              */s/ Michael E. Steinberg*
                                              Michael E. Steinberg

## Local Rule 3.01(g) Certification

I hereby certify that, on May 4, 2023, I conferred with counsel for Plaintiff by e-mail regarding the relief requested in the instant motion. Plaintiff's counsel assented.

                                              */s/ Michael E. Steinberg*
                                              Michael E. Steinberg

Dated: May 8, 2023