## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

DONNIE NEGREANU,

               Plaintiff,

v.

STARBUCKS CORPORATION,

               Defendant.

Case No: 8:22-cv-2421-CEH-SPF

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that Rachel L. Soffin, of the law firm of Milberg Coleman Bryson Phillips Grossman PLLC, files this notice of appearance as attorney for Donnie Negreanu ("Plaintiff"), in the above styled case, and requests that copies of all notices and pleadings filed in this case be served upon the undersigned via the CM/ECF system.

    DATED: May 16, 2023

/s/ *Rachel L. Soffin*

Rachel L. Soffin

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**

FL Bar No 18054

3833 Central Ave.

St. Petersburg, FL 33713

T 865-247-0080

F 865-522-0049

rsoffin@milberg.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 16th day of May 2023, I have
caused the foregoing to be electronically filed with the Clerk of Court using the
CM/ECF system which sends notification of such filing to all counsel of record.

*/s/ Rachel L. Soffin*
Rachel L. Soffin