# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DONNIE NEGREANU, individually and on behalf of all those similarly situated,

        Plaintiff,

v.

STARBUCKS CORPORATION, a Washington corporation

        Defendant.

Case No.: 8:22-cv-02421-CEH-SPF

## NOTICE OF RESCHEDULED MEDIATION

Parties are hereby notifying the Court that the mediation initially scheduled for September 12, 2023, has been rescheduled by the parties to take place on August 1st, 2023, starting at 10:00 AM, before Jonathan C. Koch of Koch Mediation Services. Mr. Koch is a certified mediator in the Middle District of Florida.

Each attorney acting as lead trial counsel, and each party (a corporate representative of Defendant) with full authority to settle, agreed to attend and participate in the mediation conference in person.

Dated: June 13th, 2023.

Respectfully Submitted,

s/Bogdan Enica
Bogdan, Enica
FL Bar No.: 101934

66 West Flagler St., Ste. 937
Miami, FL 33130
Telephone: (888) 252-7780
Email: Bogdan@keithgibsonlaw.com

Keith L. Gibson (*admitted pro hac vice*)
IL Bar No.: 6237159
490 Pennsylvania Avenue, Suite 1
Glen Ellyn, IL 60137
Telephone: (630) 677-6745
Email: keith@keithgibsonlaw.com

*Counsel for Plaintiff and the Putative Class*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 13th day of June 2023, I have caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system which sends notification of such filing to all counsel of record.

s/<i>Bogdan Enica</i><br>
Bogdan Enica, Esq.