## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

DONNIE NEGREANU, individually
and on behalf of all those similarly
situated,

Case No.: 8:22-cv-02421-CEH-SPF

                        Plaintiff,

v.

STARBUCKS CORPORATION, a
Washington Corporation,

                        Defendant.

_____

### PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY IN FURTHER SUPPORT OF HIS MOTION TO AMEND THE COMPLAINT

Plaintiff, DONNIE NEGREANU, by and through his attorneys, Keith L. Gibson and Bogdan Enica, pursuant to Local Rule 3.01(d), hereby submits this Unopposed Motion to File a Reply in further support of his Motion to Amend the Complaint, and in support thereof states as follows:

This case was filed on October 21, 2022, as a class action on behalf of the named plaintiff and those similarly situated against Starbucks Corporation.

On February 13, 2023, the Court entered a Case Management and Scheduling Order [ECF#26] setting the deadline to file Motions to Add Parties or to Amend Pleadings to May 3, 2023.

On May 1, 2023, Plaintiff filed a 3-page motion to amend the complaint [ECF#28]. The amendment would include adding one more named plaintiff and

claims under California's Unruh Act.

On May 26, 2023, Defendant filed a 20-page Response in Opposition [ECF#32] ("Opposition") raising a series of issues that were not addressed or anticipated in the initial Motion to Amend the Complaint.

In order to address the legal issues raised for the first time in the Opposition, Plaintiff requests leave to file a Reply, not exceeding 10 pages in length, in further support of his Motion to Amend.

Plaintiff conferred with Defendant's Counsel and Defendant agrees to the relief sought, if such a Reply is filed on or before July 10, 2023.

## MEMORANDUM OF LAW

"A motion requesting leave to file ... a reply or further memorandum shall not exceed three (3) pages, shall specify the length of the proposed filing, and shall not include, as an attachment or otherwise, the proposed motion response, reply, or other paper." *Torrence v. Pfizer, Inc.*, 2007 WL 788368, at *1 (M.D. Fla. Mar. 14, 2007) (citing M.D. Fla. Local Rule 3.01(d)). "The Court will grant leave to file a reply brief where the reply will benefit the Court's resolution of the pending motion." *Weiss v. AT&T Inc.,* 6:23-CV-120-WWB-EJK, 2023 WL 3092631, at *1 (M.D. Fla. Apr. 26, 2023).

In this case, Defendant responded to a simple Motion to Amend the Complaint with a full-fledged motion to dismiss. Mainly the Opposition is raising four issues why, in Plaintiff's opinion, the Court should deny leave to amend. Since none of the four reasons are valid or properly raised, Plaintiff would like to file a 10-page Reply that could benefit the Court in better understanding the issues raised in the Opposition.

## LOCAL RULE 3.01(G) CERTIFICATION

Counsel for Plaintiffs have conferred with the opposing party and represent the opposing party does not oppose the relief sought in this Motion.

## CONCLUSION

Based on the foregoing, Plaintiff respectfully requests that this Honorable Court grants leave to file a Reply in further support of its Motion to Amend the Complaint [ECF #28], not to exceed 10 pages, to be filed by July 10, 2023.

Dated: June 19, 2023  Respectfully Submitted,

/s/ Bogdan Enica
Bogdan, Enica, Esq.
FL Bar No.: 101934
66 West Flagler St., Ste. 937
Miami, FL 33130
Telephone: (888) 252-7780
Email: Bogdan@keithgibsonlaw.com

Keith L. Gibson, Esq. (*Pro Hac Vice*)
490 Pennsylvania Avenue, Suite 1
Glen Ellyn IL 60137
Telephone: (630) 677-6745
Email: Keith@keithgibsonlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2023, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel and parties of record in this case.

June 19, 2023

/s/Keith L. Gibson
**Keith L. Gibson, Esq.**
