UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONNIE NEGREANU, individually
and on behalf of all those similarly     Case No.: 8:22-cv-02421-CEH-SPF
situated,

                      Plaintiff,

v.

STARBUCKS CORPORATION, a
Washington Corporation,

                      Defendant.

_____

## AGREED JOINT MOTION FOR LEAVE TO ALLOW THE PARTIES TO ATTEND THE MEDIATION REMOTELY

Plaintiff, DONNIE NEGREANU, by and through his attorneys, Keith L. Gibson and Bogdan Enica, and Defendant, STARBUCKS CORPORATION, by and through its attorneys, Minh N. Vu and Michael Steinberg, hereby submits this Agreed Joint Motion for Leave to Allow the Parties to Attend the Mediation Remotely, and in support thereof states as follows:

1. This case was filed on October 21, 2022, as a class action on behalf of the named plaintiff and those similarly situated against defendant Starbucks Corporation.

2. On June 13, 2023, plaintiff filed a Notice of Mediation Conference to be held on August 1, 2023, at 10:00 a.m. before mediator Jonathan C. Koch [Dkt. 33].

3. Mr. Koch is an approved mediator of the Middle District of Florida. Mr. Koch requested that the mediation take place in Washington D.C., where it will

proceed at the offices of Defendant's counsel. Counsel for both Plaintiff and Defendant will be attending the mediation in person in Washington, D.C.

4. Plaintiff, Mr. Negreanu, has a five-month-old infant and resides in the Tampa, Florida area. For this reason, travel to Washington D.C. for the mediation will be very difficult for Mr. Negreanu and presents a hardship. Mr. Negreanu seeks leave to participate in the mediation remotely via Zoom.

5. Defendant will be represented by Ms. Hepburn, Defendant's Director, Corporate Counsel – Litigation. Ms. Hepburn has been overseeing this litigation for Defendant from Seattle, Washington. Defendant requests that Ms. Hepburn be permitted to attend the mediation via Zoom because of a serious knee injury which may require surgery. The injury would require Ms. Hepburn to use wheelchair assistance in the airport and cause her significant pain on the cross-country flights that she would need to take to attend the mediation in Washington, D.C. Ms. Hepburn has actively participated in many successful mediations via Zoom. If the Court denies the parties' request for Zoom attendance by their representatives, Defendant will have a Regional Director or other local representative attend with full settlement authority and Ms. Hepburn will attend via Zoom for informational purposes.

6. The parties have conferred and this Motion is brought jointly and by agreement.

## CONCLUSION

Based on the foregoing, Plaintiff and Defendant jointly request that this Honorable Court grants leave for the parties to attend the mediation remotely by Zoom

and for any other relief this Court deems appropriate.

Dated: June 23, 2023

Respectfully Submitted,

/s/ Bogdan Enica
Bogdan, Enica, Esq.
FL Bar No.: 101934
66 West Flagler St., Ste. 937
Miami, FL 33130
Telephone: (888) 252-7780
Email: Bogdan@keithgibsonlaw.com

Keith L. Gibson, Esq. (*Pro Hac Vice*)
490 Pennsylvania Avenue, Suite 1
Glen Ellyn IL 60137
Telephone: (630) 677-6745
Email: Keith@keithgibsonlaw.com

Rachel L. Soffin, Esq.
Milberg Coleman Bryson Phillips Grossman PLLC
FL Bar No. 18054
3833 Central Ave.
St. Petersburg, FL 33713
Telephone: (865) 247-0080
rsoffin@milberg.com

*Counsel for Plaintiff and the Putative Class*

/s/ Minh N. Vu
Minh N. Vu, Esq.
Michael Steinberg, Esq.
Seyfarth Shaw LLP
975 F Street, N.W.
Washington, DC 20004

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2023, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel and parties of record in this case.

June 23, 2023

                                         /s/Keith L. Gibson
                                         **Keith L. Gibson, Esq.**