## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

DONNIE NEGREANU and ELAINE CHAIX, individually and on behalf of all those similarly situated,

Case No.: 8:22-cv-02421-CEH-SPF

Plaintiffs,

v.

STARBUCKS CORPORATION, a Washington Corporation,

Defendant.

_____

## NOTICE OF LEAD COUNSEL REDESIGNATION

Pursuant to Local Rule 2.02(a) the Plaintiffs hereby designate Keith L. Gibson, Esq. as lead counsel in the above-styled action. Keith L. Gibson will replace Bogdan Enica as lead counsel in this action.

Dated: July 14, 2023

Respectfully Submitted,

/s/ Keith L. Gibson
Keith L. Gibson, Esq. (*Pro Hac Vice*)
490 Pennsylvania Avenue, Suite 1
Glen Ellyn IL 60137
Telephone: (630) 677-6745
Email: Keith@keithgibsonlaw.com

Bogdan, Enica, Esq.
FL Bar No.: 101934
66 West Flagler St., Ste. 937
Miami, FL 33130
Telephone: (888) 252-7780
Email: Bogdan@keithgibsonlaw.com

*Counsel for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

     I hereby certify that on July 14, 2023, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel and parties of record in this case.

July 14, 2023

                                             /s/Keith L. Gibson  
                                             **Keith L. Gibson, Esq.**