United States District Court
Middle District of Florida
Tampa Division

DONNIE NEGREANU and ELAINE
CHAIX, individually
and on behalf of all those similarly
situated,

      Plaintiffs,

v.                                    No. 8:22-cv-02421-CEH-SPF

STARBUCKS CORPORATION, a
Washington Corporation,

      Defendant.

## NOTICE OF DESIGNATION OF
## LEAD COUNSEL OF DEFENDANT STARBUCKS CORPORATION

Defendant, Starbucks Corporation, pursuant to Local Rule 2.02(a), hereby notifies the Court and all Counsel of Record of Minh N. Vu's designation as Lead Counsel for Defendant in this action. Minh N. Vu is counsel of record and is duly registered to receive notices at mvu@seyfarth.com.

96676709v.1

DATED:  July 18, 2023　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By: /s/ Minh N. Vu
　　　　　　　　　　　　　　　　　　　　Minh N. Vu *(Pro hac vice)*
　　　　　　　　　　　　　　　　　　　　SEYFARTH SHAW LLP
　　　　　　　　　　　　　　　　　　　　975 F St NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20004
　　　　　　　　　　　　　　　　　　　　Tel.: (202) 828-5337
　　　　　　　　　　　　　　　　　　　　mvu@seyfarth.com

　　　　　　　　　　　　　　　　　　　　Michael E. Steinberg (*Pro hac vice*)
　　　　　　　　　　　　　　　　　　　　SEYFARTH SHAW LLP
　　　　　　　　　　　　　　　　　　　　Two Seaport Lane, Suite 1200
　　　　　　　　　　　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　　　　　　　　　　　Tel.: (617) 946-8316
　　　　　　　　　　　　　　　　　　　　msteinberg@seyfarth.com

　　　　　　　　　　　　　　　　　　　　Kevin Young
　　　　　　　　　　　　　　　　　　　　FL Bar No.: 114151
　　　　　　　　　　　　　　　　　　　　SEYFARTH SHAW LLP
　　　　　　　　　　　　　　　　　　　　1075 Peachtree Street, NE
　　　　　　　　　　　　　　　　　　　　Atlanta, GA 30309
　　　　　　　　　　　　　　　　　　　　Tel.: (404) 885-1500
　　　　　　　　　　　　　　　　　　　　kyoung@seyfarth.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2023, I presented the foregoing document to the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Minh N. Vu*
Minh N. Vu
*Counsel for Defendant*

96676709v.1