United States District Court
Middle District of Florida
Tampa Division

DONNIE NEGREANU and ELAINE
CHAIX, individually
and on behalf of all those similarly
situated,
       Plaintiffs,

v.                                  No. 8:22-cv-02421-CEH-SPF

STARBUCKS CORPORATION, a
Washington Corporation,

       Defendant.

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT

Defendant, Starbucks Corporation ("Starbucks"), respectfully moves, with Plaintiff's assent, for an extension of time to respond to Plaintiff's Amended Complaint, through and including August 25, 2023. As grounds for this motion, Starbucks states as follows:

1.     On December 21, 2022, Starbucks filed a Motion to Dismiss Plaintiff's Complaint. (Dkt. 18.)

2.     On May 1, 2023, Plaintiff moved for leave to amend the Class Action Complaint in this matter to add a California resident as a putative named plaintiff and class representative asserting a claim under California law on behalf of herself and a proposed sub-class of California consumers. (Dkt. 28.)

96734439v.1

3. On June 13, 2023, the Parties notified the Court that the mediation initially scheduled for September 12, 2023 had been rescheduled to take place on August 1, 2023. (Dkt. 33.)

4. On July 12, 2023, the Court granted Plaintiff's Motion for Leave to File an Amended Complaint and ordered Plaintiff to file his Amended Complaint within seven days of the Order. (Dkt. 39.)

5. On July 14, 2023, Plaintiff filed his Amended Complaint. (Dkt. 41.) The Court denied Starbucks Motion to Dismiss as moot in light of the filing of the Amended Complaint that same day. (Dkt. 43.)

6. Pursuant to Federal Rule of Civil Procedure 15(a)(3), Starbucks deadline to respond to Plaintiff's Amended Complaint is July 28, 2023.

7. The Parties wish to focus their efforts on the upcoming mediation on August 1, 2023, which, if successful, would eliminate the need for Starbucks to file a Motion to Dismiss Plaintiffs' Amended Complaint.

8. Accordingly, Starbucks seeks an extension of the deadline to respond to Plaintiff's Amended Complaint through and including August 25, 2023 to allow the Parties to focus their efforts on exploring the possibility of reaching a non-litigated resolution of this matter at mediation.

9. This motion is made in good faith, not for purposes of delay, and granting it will not prejudice any party.

10. Starbucks counsel conferred with Plaintiff's counsel regarding the extension requested in this motion, and Plaintiff's counsel assented to the extension.

For the reasons stated herein, Starbucks respectfully requests that this Court grant the within motion.

Dated: July 20, 2023

/s/ Michael E. Steinberg

Minh N. Vu (*Pro hac vice*)
SEYFARTH SHAW LLP
975 F St NW
Washington, DC 20004
Tel.: (202) 828-5337
mvu@seyfarth.com

Michael E. Steinberg (*Pro hac vice*)
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 1200
Boston, MA 02210
Tel.: (617) 946-8316
msteinberg@seyfarth.com

Kevin Young
FL Bar No.: 114151
SEYFARTH SHAW LLP
1075 Peachtree Street, NE
Atlanta, GA 30309
Tel.: (404) 885-1500
kyoung@seyfarth.com

*Counsel for Defendant*

## Certificate of Service

I hereby certify that on July 20, 2023, I presented the foregoing document to the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s/ *Michael E. Steinberg*
Michael E. Steinberg

## Local Rule 3.01(g) Certification

I hereby certify that, on July 17, 2023, Defendant's counsel conferred with counsel for Plaintiff by e-mail regarding the relief requested in the instant motion. Plaintiff's counsel assented.

/s/ *Michael E. Steinberg*
Michael E. Steinberg

96734439v.1