United States District Court
Middle District of Florida
Tampa Division

DONNIE NEGREANU and ELAINE
CHAIX, individually
and on behalf of all those similarly
situated,
      Plaintiffs,

v.                                          No. 8:22-CV-02421-CEH-SPF

STARBUCKS CORPORATION, a
Washington Corporation,

      Defendant.

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT

Defendant, Starbucks Corporation ("Starbucks"), respectfully moves, with Plaintiff's assent, for an extension of time to respond to Plaintiff's First Amended Complaint, through and including September 21, 2023. As grounds for this motion, Starbucks states as follows:

1. On July 14, 2023, Plaintiff filed a First Amended Complaint. (Dkt. 41.) However, because the Parties were scheduled to go to mediation per this Court's order dated February 13, 2023, the Parties agreed that Defendant's deadline for filing a responsive pleading – another Motion to Dismiss -- should be extended to allow the Parties time to focus on resolving this matter.

97230350v.2

2. On July 20, 2023, Starbucks filed an Unopposed Motion for Extension of its deadline to respond to Plaintiff's Amended Complaint through August 25, 2023, which the Court granted that same day. (Dkt. 46-47.) Thus, the deadline for Defendant to respond to Plaintiff's Amended Complaint is currently August 25, 2023.

3. The Parties held an all-day mediation conference on August 1, 2023, but were unable to complete the mediation. They have agreed to continue the mediation conference on August 21, 2023, as indicated in the Parties' mediation report filed on August 7, 2023. (Dkt. 48.)

4. The Parties wish to focus their efforts on the upcoming mediation on August 21, 2023, which, if successful, would eliminate the need for Starbucks to file a Motion to Dismiss Plaintiffs' First Amended Complaint.

5. Accordingly, Starbucks seeks an extension of the deadline to respond to Plaintiff's First Amended Complaint through and including September 21, 2023 to allow the Parties to focus their efforts on exploring the possibility of reaching a non-litigated resolution of this matter at mediation.

6. This motion is made in good faith, not for purposes of delay, and granting it will not prejudice any party.

7. Starbucks counsel conferred with Plaintiff's counsel regarding the extension requested in this motion, and Plaintiff's counsel assented to the extension.

For the reasons stated herein, Starbucks respectfully requests that this Court grant the within motion.

Dated: August 8, 2023

/s/ Minh N. Vu

Minh N. Vu (*Pro hac vice*)
SEYFARTH SHAW LLP
975 F St NW
Washington, DC 20004
Tel.: (202) 828-5337
mvu@seyfarth.com

Michael E. Steinberg (*Pro hac vice*)
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 1200
Boston, MA 02210
Tel.: (617) 946-8316
msteinberg@seyfarth.com

Kevin Young
FL Bar No.: 114151
SEYFARTH SHAW LLP
1075 Peachtree Street, NE
Atlanta, GA 30309
Tel.: (404) 885-1500
kyoung@seyfarth.com

*Counsel for Defendant*

## Certificate of Service

I hereby certify that on August 8, 2023, I presented the foregoing document to the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s/ Minh N. Vu
Minh N. Vu

## Local Rule 3.01(g) Certification

I hereby certify that, on August 1, 2023, Defendant's counsel conferred with counsel for Plaintiff by e-mail regarding the relief requested in the instant motion. Plaintiff's counsel assented.

/s/ Minh N. Vu
Minh N. Vu