UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Donnie Negreanu, et al.,

    Plaintiffs,

v.   Case No. 8:22-cv-02421-CEH-SPF

Starbucks Corporation,

    Defendant.

_____

## Mediation Report

The parties held a mediation conference on August 21, 2023, and the results of that conference are indicated below.

**1. Attendance**

The following participants attended the mediation conference:

- ☒ lead counsel
- ☒ the parties or a party's surrogate satisfactory to the mediator
- ☐ any necessary insurance carrier representative

List any unexcused absence or departure from the mediation conference: N/A

**2. Outcome**

> Under Local Rule 3.09(a), the parties must immediately file a notice after agreeing to resolve all or part of a civil action, even if the resolution is contingent or unwritten.

☐ The parties completely settled the case.

☐ The parties partially settled the case. The following issues remain:

_____

_____

_____

☐ The parties agreed to continue the mediation conference. The mediator will file another mediation report within seven days after the continued conference.

☒ The parties have reached an impasse.

/s/ Jonathan C. Koch
_____
Jonathan C. Koch
Mediator
1304 S. Miller Rd.
Valrico, FL 33594
813/253-8888
JonKoch@KochLawFla.com

8/21/2023