UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONNIE NEGREANU and ELAINE CHAIX, individually and on behalf of all those similarly situated,

    Plaintiffs,

v.

STARBUCKS CORPORATION, a Washington Corporation,

    Defendant.
_____

Case No.: 8:22-cv-02421-CEH-SPF

Hon. Charlene Edwards Honeywell

## AGREED JOINT MOTION TO AMEND THE CASE MANAGEMENT AND SCHEDULING ORDER

Plaintiffs, DONNIE NEGREANU and ELAINE CHAIX, by and through their attorneys, Keith L. Gibson and Bogdan Enica, and Defendant, STARBUCKS CORPORATION, by and through its attorneys, Minh N. Vu and Michael Steinberg, hereby submit this Agreed Joint Motion to Amend the Case Management and Scheduling Order, and in support thereof states as follows:

1. This case was filed on October 21, 2022, as a class action on behalf of the named plaintiff Donnie Negreanu and those similarly situated against defendant Starbucks Corporation.

2. On February 13, 2023, the Court entered a Case Management and Scheduling Order (Dkt. 26), setting various case deadlines and a trial date for August 5, 2024.

97819006v.2

3. On July 12, 2023, the Court entered an Order granting Plaintiffs leave to file a First Amended Complaint (Dkt. 39).

4. On July 14, 2023, Plaintiffs filed their First Amended Complaint against Defendant (Dkt. 41), adding a new Plaintiff, Elaine Chaix, and new claims under the California Unruh Act.

5. On August 8, 2023, the Court entered an Order granted Defendant's Motion for extension of time to answer or otherwise plead to the First Amended Complaint to September 21, 2023 (Dkt. 50).

6. The parties conducted a mediation over the course of two days on August 1, 2023 and continued on August 21, 2023.  In preparation for the mediation, the parties agreed to an informal stay of discovery, beginning on or about June 16, 2023, and continuing for seven (7) days after the conclusion of the mediation.  As indicated by the Mediator's Report filed August 21, 2023 (Dkt. 51), the parties are at an impasse and there are no further mediation sessions scheduled.

7. The parties have submitted Initial Rule 26 Disclosures and initiated written discovery.  While the parties have been pursuing initial written discovery, there is still significant discovery to be completed, including document production, ESI, depositions and expert discovery.

8. With the mediation now complete and the filing of the Plaintiffs' First Amended Complaint, the parties jointly propose an amended schedule that includes, generally, 90-day extensions for the discovery and expert deadlines and 75-day extensions for the class certification, dispositive motion and trial-relateddeadlines, as

follows:

9.

| Action or Event | Date |
|---|---|
| Plaintiff's deadline for disclosing any expert report. *See* Fed. R. Civ. P. 26(a)(2). | 2/1/2024 |
| Defendant's deadline for disclosing any expert report. | 2/1/2024 |
| Deadline for disclosing any rebuttal expert report. | 3/7/2024 |
| Deadline for completing discovery and filing any motion to compel discovery. *See* Fed. R. Civ. P. 37; *Middle District Discovery* (2021). | 5/1/2024 |
| Deadline for moving for class certification, if applicable. *See* Fed. R. Civ. P. 23(c). | 5/29/2024 |
| Deadline for filing any dispositive and *Daubert* motion. *See* Fed. R. Civ. P. 56. (Must be at least five months before requested trial date.) | 5/22/2024 |
| Date of the final pretrial meeting. *See* Local Rule 3.06(a). | 8/21/2024 |
| Deadline for filing the joint final pretrial statement, , proposed jury instructions, and verdict form. *See* Local Rule 3.06(b). (Must be at least seven days before the final pretrial conference.) | 9/3/2024 |
| Deadline for filing all other motions including motions *in limine*. | 9/9/2024 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); Local Rule 3.06(b). | 9/30/2024 |
| Month and year of the trial term. | 10/21/2024 |

10. This motion is brought by the parties in good faith and not brought for any purpose of delay or to place any extra burden on the parties or the Court.

11. The parties have conferred and this Motion is brought jointly and by agreement.

## CONCLUSION

3

97819006v.2

Based on the foregoing, Plaintiffs and Defendant jointly request that this Honorable Court grant its Motion to Amend the Case Management and Scheduling Order as proposed and for any other relief this Court deems appropriate.

Dated: August 29, 2023                Respectfully Submitted,

/s/ Bogdan Enica
Bogdan, Enica, Esq.
FL Bar No.: 101934
66 West Flagler St., Ste. 937
Miami, FL 33130
Telephone: (888) 252-7780
Email: Bogdan@keithgibsonlaw.com

Keith L. Gibson, Esq. (*Pro Hac Vice*)
490 Pennsylvania Avenue, Suite 1
Glen Ellyn IL 60137
Telephone: (630) 677-6745
Email: Keith@keithgibsonlaw.com

Rachel L. Soffin, Esq.
Milberg Coleman Bryson Phillips Grossman PLLC
FL Bar No. 18054
3833 Central Ave.
St. Petersburg, FL 33713
Telephone: (865) 247-0080
rsoffin@milberg.com

*Counsel for Plaintiff and the Putative Class*


/s/ Minh N. Vu
Minh N. Vu, Esq.
Michael Steinberg, Esq.
Seyfarth Shaw LLP
975 F Street, N.W.
Washington, DC 20004

*Counsel for Defendant*

4

97819006v.2

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2023, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel and parties of record in this case.

/s/Keith L. Gibson
**Keith L. Gibson, Esq.**

97819006v.2