UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONNIE NEGREANU and
ELAINE CHAIX, individually and
on behalf of all those similarly situated,

    Plaintiffs,

v.　　　　　　　　　　　　　　　　　　Case No: 8:22-cv-2421-CEH-SPF

STARBUCKS CORPORATION,
a Washington Corporation,

    Defendant.

_____

## AMENDED CASE MANAGEMENT AND SCHEDULING ORDER

Having considered the parties' Agreed Joint Motion to Amend the Case Management and Scheduling Order (Doc. 52), and for good cause shown, the Court will grant the motion. The following deadlines shall apply to this action:

| | |
|---|---|
| **Disclosure of Expert Reports** | **Plaintiff:** FEBRUARY 1, 2024<br>**Defendant:** FEBRUARY 1, 2024<br>**Rebuttal:** MARCH 7, 2024 |
| **Discovery Deadline** | MAY 1, 2024 |
| **Class Certification** | MAY 29, 2024 |
| **Dispositive Motions, *Daubert*, and *Markman* Motions** | JUNE 7, 2024 |
| *Meeting In Person* to Prepare Joint Final Pretrial Statement | SEPTEMBER 6, 2024 |

| | |
|---|---|
| *Joint Final Pretrial Statement,* (including a Single Set of Jointly-Proposed Jury Instructions and Verdict Form [a Microsoft Word version may be e-mailed to the Chambers mailbox] *Voir Dire* Questions, Witness Lists, Exhibit Lists with Objections on Approved Form) | SEPTEMBER 17, 2024 |
| **All Other Motions Including Motions *In Limine*** | SEPTEMBER 24, 2024 |
| **Final Pretrial Conference**<br><br>Date:<br>Time:<br>Judge: | OCTOBER 15, 2024<br>3:00 PM<br>Charlene Edwards Honeywell<br>Courtroom 13A |
| **Trial Briefs and Deposition Designations** | OCTOBER 8, 2024 |
| **Trial Term Begins** | NOVEMBER 4, 2024 |
| **Estimated Length of Trial** | 5 DAYS |
| **Jury/Non-Jury** | JURY |
| **Mediation**<br><br>Deadline:<br>Mediator:<br>Address:<br><br>**Designated Lead Counsel shall contact opposing counsel and the mediator to reserve a conference date and shall file a Notice with the Court within 14 days of this Order advising of the date.**<br><br>Telephone: | IMPASSE |
| **Designated Lead Counsel**       Attorney Name: | Bogdan Enica |
| **Lead Counsel Telephone Number**   Telephone Number: | (305) 539-9206 |

All other provisions of the Case Management and Scheduling Order (Doc. 26) continue to apply.

**DONE AND ORDERED** in Tampa, Florida, this 5th day of September 2023.

Charlene Edwards Honeywell
United States District Judge

**Copies to**: Counsel of Record and Unrepresented Parties, if any