# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| DONNIE NEGREANU and ELAINE CHAIX, individually and on behalf of all those similarly situated,<br><br>　　　Plaintiffs,<br><br>v.<br><br>STARBUCKS CORPORATION, a Washington Corporation,<br><br>　　　Defendant.<br>_____ | Case No.: 8:22-cv-02421-CEH-SPF |

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THEIR RESPONSE TO DEFENDANT'S MOTION TO DISMISS

　　　Plaintiffs, Donnie Negreanu and Elaine Chaix, by and through his attorneys, Keith L. Gibson and Bogdan Enica, brings this Unopposed Motion for Extension of Time to File Their Response to Defendant's Motion to Dismiss, and in support states as follows:

　　　1.　　This action is brought as a class action pursuant to the Americans with Disabilities Act, Florida Civil Rights Act, California Unruh Act and common law for alleged discrimination in the charging of a surcharge for non-dairy milk alternatives sold by Defendant.

　　　2.　　Plaintiffs' First Amended Class Action Complaint was filed on July 14, 2023. (Dkt. 41).

3. On August 8, 2023, Defendant filed an Unopposed Motion for Extension of Time to File Answer or otherwise plead (Dkt. 49), which the Court granted, extending the time for Defendant to Answer or otherwise plead to September 21, 2023 (Dkt. 50).

4. On September 21, 2023, Defendant filed its Motion to Dismiss and Memorandum in Support. (Dkt. 54).

5. Pursuant to Local Rule 3.01(c), Plaintiffs' response to Defendant's Motion to Dismiss is due October 12, 2023.

6. Plaintiffs' counsel has been diligent in working on the preparation of a Response Memorandum but requires additional time, until October 26, 2023, to complete the response.

7. District courts have broad discretion when managing their cases in order to ensure that the cases move to a timely and orderly conclusion. *Chrylser Int'l Corp. v. Chemaly*, 280 F.3d 1358, 1360 (11th Cir. 2002).

8. This request is not made for the purpose of unnecessary delay and there will be no prejudice to Defendant if the Court grants Plaintiffs' request for an extension.

9. Plaintiffs' counsel, Keith L. Gibson, conferred by email with Defendant's counsel, Minh N. Vu and Michael Steinberg, on October 5, 2023. Defendant's counsel indicated Defendant does not oppose Plaintiffs' motion for extension of time.

WHEREFORE, Plaintiffs, Donnie Negreanu and Elaine Chaix, hereby requests this Court grant their Unopposed Motion for Extension of Time and allow Plaintiffs until October 26, 2023, to file their Response Memorandum in Opposition to Defendant's Motion to Dismiss and whatever other relief this Court deems appropriate.

Dated: October 6, 2023         Respectfully Submitted,

/s/Keith L. Gibson
Keith L. Gibson, Esq. (Admitted *Pro Hac Vice*)
490 Pennsylvania Avenue, Suite 1
Glen Ellyn IL 60137
Telephone: (630) 677-6745
Email: keith@keithgibsonlaw.com

Bogdan, Enica, Esq.
FL Bar No.: 101934
66 West Flagler St., Ste. 937
Miami, FL 33130
Telephone: (305) 539-9206
Email: bogdan@keithgibsonlaw.com

Rachel L. Soffin
FL Bar No.: 18054
Milberg Coleman Bryson Phillips Grossman PLLC
3833 Central Avenue
St. Petersburg, FL 33713
Telephone: (865) 247-0080
Email: rsoffin@milberg.com

*Counsel for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2023, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel and parties of record in this case.

/s/Keith L. Gibson