# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DONNIE NEGREANU, individually
and on behalf of all those similarly
situated,

                      Plaintiff,

v.

STARBUCKS CORPORATION, a
Washington Corporation,

                      Defendant.
_____

Case No.: 8:22-cv-02421-CEH-SPF

## PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUR-REPLY BRIEF IN OPPOSITION TO MOTION TO DISMISS

      Plaintiffs, DONNIE NEGREANU and ELAINE CHAIX, by and through their attorneys, Keith L. Gibson and Bogdan Enica, hereby submit this Motion for Leave to File a Sur-Reply in Opposition to Defendant's Motion to Dismiss, and in support thereof states as follows:

      1.    On July 14, 2023, Plaintiffs filed their First Amended Class Action Complaint against defendant Starbucks Corporation (Dkt. 41).

      2.    On September 21, 2023, Defendant filed its Motion to Dismiss (Dkt. 54).

      3.    On October 26, 2023, Plaintiffs filed their Response in Opposition to Defendant's Motion to Dismiss (Dkt. 58).

      4.    On November 9, 2023, with leave of Court, Defendant filed its Reply Brief in Support of its Motion to Dismiss (Dkt. 61).

5.      Pursuant to Local Rule 3.01(d), Plaintiffs respectfully move the Court for leave to file a sur-reply brief in further opposition to Defendant's Motion to Dismiss, not to exceed (3) pages in length and to be filed within seven (7) days of the Court's Order granting this motion.

6.      Plaintiffs' sur-reply will aid the Court in its resolution of the underlying motion and will be limited to the new issues raised in Defendant's reply brief.

7.      Specifically, Plaintiffs will address the following issues in their sur-reply: 1) the Reply states that Plaintiffs reference to the Starbucks website is "discussion about alleged historical content on pages of the Starbucks website". Plaintiffs would like to address this characterization. Second, the Reply states that "…obvious, and admitted, fact that *all* Starbucks customers pay the same price to have Non-Dairy Milks used in their craft beverages." It is unclear where it is admitted or the basis of these statements and Plaintiffs dispute these assertions. Third, Plaintiffs request to address the improper characterization of Plaintiffs' statements as "stunning and false assertions", which is disputed.

8.      Pursuant to Local Rule 3.01(g), Plaintiffs' counsel conferred with Defendant's counsel via email on November 15, 2023, regarding the issues raised in this Motion. Defendant's counsel indicated that they opposed this Motion and opposed the filing of Plaintiffs. sur-reply brief.

## CONCLUSION

Based on the foregoing, Plaintiffs respectfully requests the Court to grant this Motion and grant Plaintiffs leave to file a sur-reply brief, not to exceed three (3) pages,

2

on the issues presented herein, to be filed within seven (7) days of the granting of this Motion.

Dated: November 16, 2023                    Respectfully Submitted,

/s/ Bogdan Enica
Bogdan, Enica, Esq.
FL Bar No.: 101934
66 West Flagler St., Ste. 937
Miami, FL 33130
Telephone: (888) 252-7780
Email: Bogdan@keithgibsonlaw.com

Keith L. Gibson, Esq. (*Pro Hac Vice*)
490 Pennsylvania Avenue, Suite 1
Glen Ellyn IL 60137
Telephone: (630) 677-6745
Email: Keith@keithgibsonlaw.com

Rachel L. Soffin, Esq.
Milberg Coleman Bryson Phillips Grossman PLLC
FL Bar No. 18054
3833 Central Ave.
St. Petersburg, FL 33713
Telephone: (865) 247-0080
rsoffin@milberg.com

*Counsel for Plaintiff and the Putative Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2023, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel and parties of record in this case.

/s/Keith L. Gibson
**Keith L. Gibson, Esq.**
