# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DONNIE NEGREANU and ELAINE CHAIX, individually and on behalf of all those similarly situated,

          Plaintiffs,

v.

STARBUCKS CORPORATION, a Washington Corporation,

          Defendant.

Case No.: 8:22-cv-02421-CEH-SPF

_____

## PLAINTIFFS' JOINDER TO THE REQUEST FOR HEARING ON DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

Plaintiffs Donnie Negreanu and Elaine Chaix join Defendant's Request for Hearing on Defendant's Motion to Dismiss the First Amended Complaint.

Plaintiffs believe that oral argument will assist in resolution of the Motion given the novelty of the arguments and the issues involved. Plaintiffs expect the hearing to be approximately 30 minutes in length.

Dated: November 27, 2023.

          Respectfully Submitted,

          s/Keith L. Gibson
          **Keith L. Gibson, Esq.**
          **(Admitted *Pro Hac Vice*)**
          490 Pennsylvania Avenue, Suite 1
          Glen Ellyn IL 60137
          Telephone: (630) 677-6745
          Email: keith@keithgibsonlaw.com

Bogdan, Enica, Esq.
FL Bar No.: 101934
66 West Flagler St., Ste. 937
Miami, FL 33130
Telephone: (305) 539-9206
Email: bogdan@keithgibsonlaw.com

Rachel L. Soffin, Esq.
Milberg Coleman Bryson Phillips Grossman PLLC
FL Bar No. 18054
3833 Central Ave.
St. Petersburg, FL 33713
Telephone: (865) 247-0080
rsoffin@milberg.com

*Counsel for Plaintiffs and the Putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2023, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel and parties of record in this case.

November 27, 2023

                                          /s/Bogdan Enica
                                          **Bogdan Enica, Esq.**