# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| DONNIE NEGREANU and ELAINE CHAIX, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STARBUCKS CORPORATION, a Washington Corporation,<br><br>Defendant. | Case No.: 8:22-cv-02421-CEH-SPF |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs DONNIE NEGREANU and ELAINE CHAIX, through their undersigned counsel, hereby give notice that the above-styled action is voluntarily dismissed, without prejudice, against the Defendant.

This notice of dismissal is being filed with the Court before service by the Defendant of either an answer or a motion for summary judgment.

Each party shall bear its own costs and fees.

Dated: March 5, 2024

Respectfully Submitted,

s/Keith L. Gibson
**Keith L. Gibson, Esq.**
(Admitted *Pro Hac Vice*)
490 Pennsylvania Avenue, Suite 1
Glen Ellyn IL 60137
Telephone: (630) 677-6745
Email: keith@keithgibsonlaw.com

Bogdan, Enica, Esq.
FL Bar No.: 101934
66 West Flagler St., Ste. 937
Miami, FL 33130
Telephone: (305) 306-4989
Email: bogdan@keithgibsonlaw.com

Rachel L. Soffin, Esq.
Milberg Coleman Bryson Phillips Grossman PLLC
FL Bar No. 18054
3833 Central Ave.
St. Petersburg, FL 33713
Telephone: (865) 247-0080
rsoffin@milberg.com

*Counsel for Plaintiffs and the Putative Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2024, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel and parties of record in this case.

/s/ Bogdan Enica
Bogdan Enica, Esq.