**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DONNIE NEGREANU and ELAINE CHAIX,

    Plaintiffs,

v.                                             Case No: 8:22-cv-2421-CEH-SPF

STARBUCKS CORPORATION,

    Defendant.

_____

## ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Doc. 69. Review of the docket reveals that Defendant has not filed an answer or a motion for summary judgment. Accordingly, it is

**ORDERED**:

1. This case is dismissed without prejudice pursuant to Rule 41(a)(1)(A)(i).

2. The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida on March 6, 2024.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:
Counsel of Record